IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JOETTA D. HOLLOMAN,

      Appellant,

 v.

STATE OF FLORIDA,

      Appellee.

Case No.  5D22-1356
LT Case No. 2019-CF-002758-A

_____/

Decision filed January 3, 2023

Appeal from the Circuit Court
for Seminole County,
Donna L. McIntosh, Judge.

Matthew J. Metz, Public Defender,
and Natalie R. Gossett, Assistant
Public Defender, Daytona Beach, for
Appellant.

Ashley Moody, Attorney General,
Tallahassee, and L. Charlene
Matthews, Assistant Attorney
General, Daytona Beach, for
Appellee.

PER CURIAM.

    AFFIRMED.

LAMBERT, C.J., EVANDER and EDWARDS, JJ., concur.